JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUPENG CAO,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, ETC., ET AL.,<br><br>Respondents. | No. ED CV 26-6416-E<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 23, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE